IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENNETT M. HOLMES, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 06-199-E |
| ST. VINCENT HEALTH CENTER, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 11th day of September, 2006, after a review of the Complaint, the Court finds that Plaintiff has failed to comply with Local Rule of Court 8.1 which provides, in pertinent part, that "...any pleading demanding general damages unliquidated in amount shall, **without claiming any specific sum**, set forth only that money damages are claimed." LR 8.1 (emphasis added).

Therefore, Plaintiff shall file an amended complaint no later than September 20, 2006, which complies with Local Rule 8.1.

_____
Senior United States District Judge

cc:  Gennett M. Holmes
     231 West 26 Street
     Erie, PA 16508